**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| -against- | : | 09-CV-14S |
| | : | |
| **GEN-SEE CAPITAL CORPORATION a/k/a** | : | |
| **GEN UNLIMITED and RICHARD S. PICCOLI,** | : | |
| | : | |
| **Defendants.** | : | |

_____

**ORDER FOR DEPOSIT OF FUNDS**
**INTO COURT'S REGISTRY FUND**

**WHEREAS,** on June 9, 2009, the Court entered a Final Judgment as to Defendants Gen-See Capital Corporation a/k/a Gen Unlimited and Richard Piccoli (the "Final Judgment").

**WHEREAS**, the Final Judgment orders that all of Defendants' funds located in banking, financial, and brokerage institutions identified in or currently subject to the provisions of the Preliminary Injunction Order imposing a freeze of the assets of Defendants shall, upon order of the Court, be transferred to and deposited with the Court's Registry Fund.

**NOW, THEREFORE:**

**I.**

**IT IS ORDERED** that, within ten business days of receiving a copy of this Order from Plaintiff Securities and Exchange Commission ("Commission"), the banking, financial, and brokerage institutions identified below shall transfer to and deposit with the Court's Registry Fund all funds being held in the named accounts. Said entities shall take all necessary steps to liquidate those accounts in order to comply with this Order:

| Institution | Account Number | Name of Account Holder |
|---|---|---|
| M&T Bank | 9845600205 | Gen-See Capital Corporation |
| M&T Bank | 9844786609 | Gen-See Capital Corporation |
| M&T Bank | 8890736443 | Gen-See Capital Corporation |
| M&T Bank | 6496558 | Gen-See Capital Corporation |
| M&T Bank | 000000016979098 | Richard S. Piccoli |
| M&T Bank | 000000011475712 | Richard S. Piccoli |
| M&T Bank | 120 444 1171869 6001 | Richard S. Piccoli |
| Bank of America, N.A. | 0094 2264 9166 | Richard S. Piccoli |
| Key Bank | 327330080414 | Gen Unlimited |
| Financial Trust Federal Credit Union | 80016210 | Richard S. Piccoli |
| BNY Mellon Shareholder Services (as transfer agent for listed companies) | 124809794746 (Rockwell Automation), 125162499266 (ArvinMeritor), 124809794746 (Chevron Corp, Conexant Systems Inc, Mindspread Technologies), 125279627012 (Consolidated Edison) | Richard S. Piccoli / Piccoli Family Trust |
| Bank of America | 0094 2264 9166 | Richard S. Piccoli |
| Banc of America Investment Services Inc. | J26-293873, J 26-308323 150-04747, 150-33595 | Richard S. Piccoli |
| Citizens Bank | 400318-597-7 | Richard S. Piccoli |
| Fidelity NFS | J26-293873 | Richard S. Piccoli |
| Morgan Stanley | 327-060847-001 | Richard S. Piccoli |
| Suntrust Bank c/o Computershare Transfer Agent | C0000561886 49075 | Richard S. Piccoli / Piccoli Family Trust |
| Skyworks Solutions Inc. c/o American Stock Transfer and Trust Company | 6000033912 6000033911 | Richard S. Piccoli / Piccoli Family Trust |
| Rockwell Collins (Shareholder Services direct purchase plan) | 402154606, 3809035404 | Richard S. Piccoli / Piccoli Family Trust |
| Wachovia Bank | 1090013126003 | Richard S. Piccoli |
| Wells Fargo | 4002154606 | Richard S. Piccoli / Piccoli Family Trust |

**II.**

**IT IS FURTHER ORDERED** that each check shall be made to the name of "Clerk, U.S. District Court." The check itself must also contain the following notation: "SEC v. Gen-See Capital Corporation a/k/a Gen Unlimited and Richard S. Piccoli, 09-CV-14S, funds pertaining to [name on the account(s)], [account number(s)], per Final Judgment entered on June 9, 2009, for deposit with the Court's Registry Fund ." All checks shall be sent by overnight mail to:

> Clerk of the Court
> U.S. District Court for the Western District of New York
> U.S. Courthouse
> 68 Court Street
> Buffalo, NY 14202
> (716) 332-1700

The banking, financial, and brokerage institutions shall send copies of each check to the Commission counsel forthwith.

**III.**

**IT IS FURTHER ORDERED** that after transfer and deposit of such funds to the Court's Registry Fund, the funds shall be applied in partial satisfaction of Defendants' judgment debt for disgorgement.


**SO ORDERED.**


Dated: June 25, 2009
      Buffalo, NY

> /s/William M. Skretny
> WILLIAM M. SKRETNY
> United States District Judge