| UNITED STATES DISTRICT COURT | : |
|---|---|
| WESTERN DISTRICT OF NEW YORK | : |
| | : |
| | : |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : 09-CV-14 S |
| | : |
| GEN-SEE CAPITAL CORPORATION a/k/a | : |
| GEN UNLIMITED and RICHARD S. PICCOLI, | : |
| | : |
| Defendants. | : |
| _____ | : |

**ORDER FOR DEPOSIT OF ADDITIONAL
FUNDS INTO COURT'S REGISTRY FUND**

**WHEREAS,** on June 9, 2009, the Court entered a Final Judgment as to Defendants Gen-See Capital Corporation a/k/a Gen Unlimited and Richard Piccoli (the "Final Judgment").

**WHEREAS**, the Final Judgment orders that all of Defendants' funds located in banking, financial, and brokerage institutions identified in or currently subject to the provisions of the Preliminary Injunction Order imposing a freeze of the assets of Defendants shall, upon order of the Court, be transferred to and deposited with the Court.

**WHEREAS**, the United States Postal Inspection Service ("USPIS") is in possession of funds subject to the provisions of the Preliminary Injunction Order.

**NOW, THEREFORE:**

**I.**

**IT IS ORDERED** that, within **ten days** of receiving a copy of this Order from the Commission, the entities identified below shall deposit with the Court's Registry Fund the

entire surrender value of the insurance policies held under the named accounts.  Said entities shall take all proper and necessary steps to comply with this Order:

| Institution | Account Number | Account Holder |
|---|---|---|
| Northwestern Mutual Life Insurance Co. | 10276925 | Richard S. Piccoli |
| SBLI USA Mutual Life Insurance Co., Inc. | 470019263 | Richard S. Piccoli |
| Knights of Columbus | 100L54846<br>00Z01144<br>00C54307<br>00W193343<br>T56378<br>01037699 | Richard S. Piccoli |

**II.**

**IT IS FURTHER ORDERED** that, within **ten days** of receiving a copy of this Order from the Commission, the USPIS, through its employees, representatives, and agents, shall transfer and deposit with the Court's Registry Fund, all funds in their possession, including but not limited to commercial checks and postal money orders, in the amount of $142,996.55.  The USPIS shall take all necessary steps required to deposit the funds with the Court's Registry Fund, including endorsing the aforementioned checks and postal money orders, where necessary.

**III.**

**IT IS FURTHER ORDERED** that each check or postal money order shall be made to, or endorsed to the name of, the "Clerk, U.S. District Court," and shall contain the following notation:

"SEC v. Gen-See Capital Corporation and Richard S. Piccoli, 09 Civ. 14S." All checks or postal money orders shall be delivered in person, or be sent by overnight mail to:

>Clerk of the Court
>U.S. District Court for the Western District of New York
>U.S. Courthouse
>68 Court Street
>Buffalo, NY 14202
>(716) 332-1700

The USPIS and other entities shall send copies of each check to the Commission's counsel forthwith.

## IV.

**IT IS FURTHER ORDERED** that after transfer and deposit of such funds to the Court's Registry Fund, the funds shall be applied in partial satisfaction of Defendants' judgment debt for disgorgement.

SO ORDERED.
Dated: November 13, 2009
Buffalo, NY

/s/William M. Skretny
WILLIAM M. SKRETNY
United States District Judge