UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.                                              **ORDER**
                                                09-CV-14S

GEN-SEE CAPITAL CORPORATION a/k/a
GEN UNLIMITED and RICHARD S. PICCOLI,

                Defendants.

      IT HEREBY IS ORDERED, that for good cause shown, Plaintiff's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator (Docket No. 77) is GRANTED.

      FURTHER, that the Distribution Agent, A.B. Data, Ltd., shall issue a check under the case designation "*Securities and Exchange Commission v. Gen-See Capital Corporation, et al.*," for the amount of $2,743.49 payable to Damasco and Associates LLP. The check shall contain the notation "*SEC v. Gen-See Capital Corporation, et al.,* professional services for the period October 11, 2013 – March 12, 2014, Invoice No. 3354."

FURTHER, that the Distribution Agent shall send the check by overnight mail (UPS) to the following address:

Damasco & Associates LLP
c/o Jude Damasco
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

SO ORDERED.

Dated: May 19, 2014
       Buffalo, New York

                                        s/William M. Skretny
                                      WILLIAM M. SKRETNY
                                              Chief Judge
                                    United States District Court